Date: 02/26/10　　　　　　　　　　**DIVIDENDS REMITTED TO THE COURT**　　　　　　　14987　Page: 1
Check Number 107 Dated 02/26/10
Case Number 08-16642 - THOMAS, DAMIAN MILES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FIA Card Services, N.A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713<br>(2-1) 4456 | 000002 | 9.87 | 0.75 ck107 |
| ---------- Remittance Total --------------- | | 9.87 | 0.75 |

DAVIS, STEVEN S., Trustee

FILED 2010 MAR -1 PM 2:55
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 02/26/10 12:46 PM　Ver: 15.06b